**WILES & WILES, LLP**
Dylan F. Rogers, Esq. (*pro hac vice* requested)
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
Phone: (770) 426-1649
Email: bankruptcy@evict.net

*Counsel to AmericasMart Real Estate, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter No. 15 |
| Giftcraft, Ltd., *et al.*,[1] | Case No.: 25-11030 (MG) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dylan F. Rogers, request admission, ***pro hac vice***, before the Honorable Chief Judge Martin Glenn, to represent AmericasMart Real Estate, LLC, in its capacity as a creditor of the above captioned debtors, as landlord of the premises where the debtor has leased multiple showrooms located at 40 John Portman Blvd. NW, Atlanta, Georgia 30303.

---

[1] The chapter 15 debtor incorporated in Canada and/or in the province of Ontario (the "Canadian Debtor"), along with the last four digits of the Canadian Debtor's Canadian business number, is: Giftcraft Ltd. ("Giftcraft Canada") (9013). The chapter 15 debtors incorporated in the United States (the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Giftcraft Inc. ("Giftcraft US") (6759); Ripskirt Hawaii, LLC ("Ripskirt") (7613); and Yosox USA Inc. ("Yosox") (1367). The Canadian Debtor and the U.S. Debtors are referred to herein, collectively, as the "Debtors" or "Giftcraft"). The Debtors' executive headquarters are located at 8550 Airport Road, Brampton, Ontario, L6T 5A3.

***I certify that I am a member in good standing*** of the Bar in the State of Georgia, and the United States District Court for the Northern District of Georgia, and the Northern District of Georgia Bankruptcy Court.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: June 18, 2025            **WILES & WILES, LLP**
        Marietta, Georgia

/s/ Dylan F. Rogers
Dylan F. Rogers, Esq.
Georgia Bar No. 854360
**Wiles & Wiles, LLP**
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
Phone: (770) 426-4619
Email: bankruptcy@evict.net

*Attorney to the Creditor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Giftcraft, Ltd., *et al.*,[1]<br><br>　　　Debtors in a Foreign Proceeding. | Chapter No. 15<br><br>Case No.: 25-11030 (MG)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dylan F. Rogers, to be admitted, *pro hac vice*, to represent AmericasMart Real Estate, LLC (the "Creditor"), in its capacity as a creditor of the above captioned debtors, and upon the movant's certification that the movant is a member in good standing of the State of Georgia and United States District Court for the Northern District of Georgia and the Northern District of Georgia Bankruptcy Court, it is hereby

ORDERED, that Dylan F. Rogers is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Creditor, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____　　　/s/_____
　　　_____, New York　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The chapter 15 debtor incorporated in Canada and/or in the province of Ontario (the "Canadian Debtor"), along with the last four digits of the Canadian Debtor's Canadian business number, is: Giftcraft Ltd. ("Giftcraft Canada") (9013). The chapter 15 debtors incorporated in the United States (the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Giftcraft Inc. ("Giftcraft US") (6759); Ripskirt Hawaii, LLC ("Ripskirt") (7613); and Yosox USA Inc. ("Yosox") (1367). The Canadian Debtor and the U.S. Debtors are referred to herein, collectively, as the "Debtors" or "Giftcraft"). The Debtors' executive headquarters are located at 8550 Airport Road, Brampton, Ontario, L6T 5A3.