UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter No. 15 |
| Giftcraft, Ltd., *et al.*,[1] | Case No.: 25-11030 (MG) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dylan F. Rogers, to be admitted, *pro hac vice*, to represent AmericasMart Real Estate, LLC (the "Creditor"), in its capacity as a creditor of the above captioned debtors, and upon the movant's certification that the movant is a member in good standing of the State of Georgia and United States District Court for the Northern District of Georgia and the Northern District of Georgia Bankruptcy Court, it is hereby

ORDERED, that Dylan F. Rogers is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Creditor, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 25, 2025                               /s/Martin Glenn
New York, New York                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The chapter 15 debtor incorporated in Canada and/or in the province of Ontario (the "Canadian Debtor"), along with the last four digits of the Canadian Debtor's Canadian business number, is: Giftcraft Ltd. ("Giftcraft Canada") (9013). The chapter 15 debtors incorporated in the United States (the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Giftcraft Inc. ("Giftcraft US") (6759); Ripskirt Hawaii, LLC ("Ripskirt") (7613); and Yosox USA Inc. ("Yosox") (1367). The Canadian Debtor and the U.S. Debtors are referred to herein, collectively, as the "Debtors" or "Giftcraft"). The Debtors' executive headquarters are located at 8550 Airport Road, Brampton, Ontario, L6T 5A3.